IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Frederick G. Back, :
:
    Plaintiff(s), :
: Case Number: 1:12cv988
vs. :
: Chief Judge Susan J. Dlott
Commissioner of Social Security, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 6, 2014 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 23, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, the Equal Access to Justice Act fee petition is **GRANTED**. The plaintiff is awarded $4,860.00 in attorney fees and $368.00 in costs.

IT IS SO ORDERED.

                                                                                                                            s/Susan J. Dlott
                                                                                                     Chief Judge Susan J. Dlott
                                                                                                     United States District Court