IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Frederick G. Back,　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiff(s),　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　Case Number: 1:12cv988
　　　vs.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:　Judge Susan J. Dlott
Commissioner of Social Security,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant(s).　　　　　　　　　　　　:

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz filed on February 25, 2015 (Doc. 21), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 16, 2015, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's §406(b) motion for attorney fees (Doc. 20) is **GRANTED**. Counsel is **AWARDED** $12,114.00 in fees.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　___s/Susan J. Dlott_____
　　　　　　　　　　　　　　　　　　　　　　　　Judge Susan J. Dlott
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court